IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SASWATI N. CHAND, | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., | : | No. 19-0286 |
| *Defendants* | : | |

## ORDER

AND NOW, this 24th day of April, 2020, upon consideration of Defendants' motion for summary judgment (Doc. No. 28), Plaintiff's opposition (Doc. No. 35), and Defendants' Reply (Doc. No. 36), it is hereby **ORDERED** that the motion for summary judgment is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**